IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:14-CR-367 |
| GEORGE PASS, ET AL | |

**NOTICE OF APPEARANCE**
**FOR THE UNITED STATES OF AMERICA**

Please take notice that the undersigned Assistant United States Attorney has been designated as counsel for forfeiture matters, in addition to, not replacement of, the lead Assistant United States Attorney prosecuting this cause.

    Respectfully submitted,

    JOHN R. PARKER
    UNITED STATES ATTORNEY

    *s/Joseph A. Magliolo*
    JOSEPH A. MAGLIOLO
    Assistant United States Attorney
    Texas Bar #24074634
    1100 Commerce Street, Third Floor
    Dallas, Texas  75242-1699
    Telephone: 214-659-8600
    Joseph.Magliolo@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney certifies that in accordance with Fed. R. Civ. P. 5, LR 5.1, and Fed. R. Crim. P. 49, LCrR 49.2, and the Miscellaneous Order on Electronic Case Filing (ECF), the following document:

United States' Notice of Appearance as Forfeiture Counsel

was served on May 9, 2016 pursuant to the district court's ECF system as to ECF filers.


*s/Joseph A. Magliolo*
JOSEPH A. MAGLIOLO
Assistant United States Attorney